# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Gulla v. Chicago State University, et al.

Case Number: 1:22-cv-4425

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Branden Gulla

Attorney name (type or print): Keith Altman

Firm: Law Office of Keith Altman

Street address: 33228 West 12 Mile Road, Suite 375

City/State/Zip: Farmington Hills, Michigan 48331

Bar ID Number: P81702
(See item 3 in instructions)

Telephone Number: (248) 987-8929

Email Address: keithaltman@kaltmanlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 19, 2022

Attorney signature: S/ Keith Altman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015