**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Branden Gulla v. Chicago State University, et al.   Case Number: 1:22-cv-4425

An appearance is hereby filed by the undersigned as attorney for:
Defendant Chicago State University

Attorney name (type or print):  Mary E. Deweese

Firm:   Husch Blackwell LLP

Street address:    120 South Riverside Plaza, Suite 2200

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6326812   Telephone Number:   312-526-1634
(See item 3 in instructions)

Email Address: mary.deweese@huschblackwell.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/22/2022

Attorney signature:    S/ Mary E. Deweese
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015