IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDEN GULLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-4425 |
| | ) | |
| CHICAGO STATE UNIVERSITY by and through the Board of Trustees (in their official and individual capacities); ZALDWAYNAKA SCOTT, in her official and individual capacity; MATTHEW FETE, in his official and individual capacity; ANTOINE JENKINS, in his official and individual capacity; VICKY SHAH, in his official and individual capacity; LALITA PRASAD-REDDY, in her official capacity and individual capacity; ALLISON ROSE, in her official and individual capacity; and MOHAMMAD NEWAZ in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant Chicago State University (the "University") by and through its undersigned counsel, respectfully requests that this Court grant a 35-day extension of time for all Defendants to file an answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the University states as follows:

1. On September 2, 2022, Plaintiff served a seven-count Complaint against the University and seven University officials and employees in their official and individual capacities. (Dkt. 1). The University's responsive pleading currently is due September 23, 2022. *See* Fed. R. Civ. Pro. 12(a)(1)(A).

1

2. Counsel was retained by the University following service of the Complaint. The Complaint contains factual allegations which will require coordination with numerous University employees, including the seven named individual Defendants. Due to the need for counsel to confer with multiple witnesses and each of the individual Defendants, and the University's beginning-of-semester demands, additional time is needed to prepare a response to the Complaint.

3. Accordingly, the University respectfully requests a 35-day extension of time, to and through October 28, 2022, to file its responsive pleading.

4. The University further requests that this extension of time be granted to all Defendants, as the individual Defendants sort out their representation.

5. The University's counsel conferred with Plaintiff's counsel via email on September 20, 2022, and Plaintiff agreed to an extension through October 28, 2022.

6. This request is made for good cause and will not unduly prejudice any party.

WHEREFORE, Defendant Chicago State University respectfully requests that this Court grant all Defendants a 35-day extension of time to and through October 28, 2022, to file an answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ *Mary E. Deweese*

LISA J. PARKER
JOHN W. BORKOWSKI
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 526-1634 (TEL) | (312) 655-1501 (FAX)
lisa.parker@huschblackwell.com
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

***Attorney for Chicago State University***

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system which will send electronic notification to the following counsel of record on this 22nd day of September 2022:

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan, 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

      /s/ *Mary E. Deweese*
      ***Attorney for Chicago State University***