**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Branden Gulla

                Plaintiff,

v.                                             Case No.: 1:22−cv−04425

                                                        Honorable Andrea R. Wood

Chicago State University, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 26, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant Chicago State University's motion for extension of time [14] is granted. Defendants shall answer or otherwise respond to Plaintiff's complaint by 10/28/2022. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.