UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**BRANDEN GULLA,**

    *Plaintiff,*

v.

**CHICAGO STATE UNIVERSITY, et. al.,**

    *Defendants.*

Case No.: 1:22-cv-04425
Hon. Andrea R. Wood

## MOTION TO ADJOURN INITIAL STATUS CONFERENCE

This is an action arising from Plaintiff's wrongful dismissal from Chicago State University. Plaintiff is seeking damages for Defendants' violation of Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, 42 U.S.C. §1983 and violation of the Article I, Section 2 of the Illinois Constitution, breach of contract, negligence, and negligent infliction of emotional distress.

Pursuant to an Order issued on August 19, 2022, a Joint Status Report is to be filed on or before October 19, 2022, with an Initial Status Conference hearing to be held on October 26, 2022. On September 22, 2022, Defendants filed a Motion for Extension of Time to file an answer or otherwise. The motion was granted on September 26, 2022, providing that Defendants must file an answer or otherwise on or before October 28, 2022. As such, Plaintiff requests that the Court adjourn the

Initial Status Conference to allow for Defendants to file their answer prior to holding the Initial Status Conference. Plaintiff sought concurrence from Defendants in the present motion, at the time of filing a response had not been provided.

Date: October 17, 2022     Respectfully Submitted,

*s/ Keith Altman*
Keith Altman, Esq. (P81702)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2022, I served the foregoing Motion to Adjourn Initial Status Conference upon all parties herein by filing copies of same using the United States District Court for the Northern District of Illinois' CM/ECF filing system.

*s/ Keith Altman*
Keith Altman, Esq.
