# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Branden Gulla v. Chicago State University, et al.

Case Number: 1:22-cv-4425

An appearance is hereby filed by the undersigned as attorney for: Defendants Zaldwaynaka Scott, Matthew Fete, Antoine Jenkins, Vicky Shah, Lalita Prasad-Reddy, Allison Rose, and Mohammad Newaz

Attorney name (type or print): Mary E. Deweese

Firm: Husch Blackwell LLP
Street address: 120 South Riverside Plaza, Suite 2200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6326812
(See item 3 in instructions)

Telephone Number: 312-526-1634

Email Address: mary.deweese@huschblackwell.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/28/2022

Attorney signature: S/ Mary E. Deweese
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015