UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Branden Gulla
                                 Plaintiff,

v.                                                              Case No.: 1:22−cv−04425
                                                                        Honorable Andrea R. Wood

Chicago State University, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Having reviewed the parties' joint initial status report [17], the Court sets the following briefing schedule for Defendants' motion to dismiss [15]: Plaintiff shall file a response by 12/2/2022 and Defendants shall file their reply by 12/16/2022. The Court concurs with the parties' proposal to stay discovery pending resolution of the motion to dismiss; accordingly, discovery is stayed until further order of the Court. Any party may file a motion to lift or modify the stay at any time. In light of the pending motion to dismiss and discovery stay, the telephonic initial status hearing set for 11/9/2022 is stricken. Telephonic status hearing set for 2/28/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.