UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Branden Gulla
                        Plaintiff,

v.                                              Case No.: 1:22–cv–04425
                                                               Honorable Andrea R. Wood

Chicago State University, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: On 10/28/2022, Defendants filed a motion to dismiss [15] Plaintiff's complaint in this case. The Court then set a briefing schedule [18] that required Plaintiff to respond to the motion by 12/2/2022. Instead of filing a response to Defendants' motion to dismiss, on 12/2/2022, Plaintiff filed an amended complaint [19]. Pursuant to Fed. R. Civ. P. 15(a), Plaintiff was entitled to amend its pleading once as a matter of course within: (a) 21 days after serving it, or (b) if the pleading was one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Fed. R. Civ. P. 12(b), (e), or (f), whichever was earlier. But by 12/2/2022, more than 21 days had passed since Defendants' Fed. R. Civ. P. 12(b) motion had been filed; accordingly, Plaintiff was no longer entitled to amend the complaint as a matter of course. To amend the complaint, Plaintiff was required to obtain either leave of court or Defendants' written consent. The Court did not grant leave and Plaintiff's filing does not indicate that Defendants provided written consent. Thus, by 12/12/2022, Defendants shall file a short statement indicating whether they object to Plaintiffs' filing of the amended complaint and, if so, on what basis. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.