IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDEN GULLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-4425 |
| | ) | |
| CHICAGO STATE UNIVERSITY by and through the Board of Trustees (in their official and individual capacities); ZALDWAYNAKA SCOTT, in her official and individual capacity; MATTHEW FETE, in his official and individual capacity; ANTOINE JENKINS, in his official and individual capacity; VICKY SHAH, in his official and individual capacity; LALITA PRASAD-REDDY, in her official capacity and individual capacity; ALLISON ROSE, in her official and individual capacity; and MOHAMMAD NEWAZ in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' STATEMENT REGARDING PLAINTIFF'S AMENDED COMPLAINT

Pursuant to the Court's December 5, 2022 Minute Order (Doc. 20), and by and through the undersigned counsel, Defendants state that they consent to Plaintiff's filing of the Amended Complaint. Although Plaintiff failed to timely seek Defendants' consent prior to filing, counsel for the Parties conferred regarding this matter on December 7, 2022, and at such time, Plaintiff sought Defendants' consent for the filing of an amended complaint. In the interest of preserving judicial resources, Defendants consent to the filing of the Amended Complaint.

Defendants further state that they intend to move to dismiss the Amended Complaint. Pursuant to Rule 15(a)(3), Defendants are entitled to fourteen days to respond to the Amended Complaint. Therefore, Defendants respectfully request that, if this Court grants Plaintiff leave to

file the Amended Complaint, a briefing schedule be set from the date of entry of the Court's order granting such leave, such that Defendants be granted fourteen days to file a Motion to Dismiss the Amended Complaint.

Respectfully submitted,

/s/ Lisa J. Parker

LISA J. PARKER
JOHN W. BORKOWSKI
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 526-1634 (TEL) | (312) 655-1501 (FAX)
lisa.parker@huschblackwell.com
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

**Attorney for Chicago State University**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system to the following on this 12th day of December 2022:

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan, 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorney for Plaintiff*

/s/ Lisa J. Parker
***Attorney for Chicago State University***