## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Branden Gulla

                Plaintiff,

v.                                                   Case No.: 1:22−cv−04425
                                                         Honorable Andrea R. Wood

Chicago State University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 13, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Having reviewed Defendants' statement [21] in response to the Court's 12/5/2022 order, based on Defendants' consent under Fed. R. Civ. P. 15(a)(2), the Court accepts Plaintiff's amended complaint [19] as the operative complaint. Defendants' anticipated motion to dismiss the amended complaint shall be filed by 1/3/2023; Plaintiff shall reply to the motion by 1/17/2023; and Defendants shall reply by 1/24/2023. Discovery remains stayed but any party may file a motion to lift and/or modify the stay as appropriate. Telephonic status hearing set for 2/28/2023 is stricken and reset for 4/4/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.