# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BRANDEN GULLA,** | Case No.: 1:22-cv-04425 |
| *Plaintiff,* | Hon. Andrea R. Wood |
| v. | |
| **CHICAGO STATE UNIVERSITY, et. al.,** | |
| *Defendants.* | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**NOW COMES** Plaintiff, Branden Gulla, by and through their counsel, Keith Altman, with this Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and hereby state the following:

1. The present case was filed on August 19, 2022.

2. Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6) on January 3, 2023 (ECFs 24, 25).

3. Plaintiff's Response to Defendant's Motion to Dismiss is due on January 17, 2023.

4. Plaintiff's counsel, Keith Altman, was informed yesterday, January 11, 2023, that Plaintiff has hired a new firm to represent him in this matter.

5. Plaintiff's file is currently in the process of being transferred to the new firm.

6. Due to the timing of Plaintiff hiring a new firm to represent him in this matter, Plaintiff respectfully requests a 30-day extension of time to file his Response to Defendants' Motion to Dismiss, making the Response due on or before February 16, 2022.

7. Plaintiff has attempted to confer with the Defendants on the details of the present Motion, however Defendants have not responded to Plaintiff's request for concurrence.

8. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

    **WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Dated: January 12, 2023                      Respectfully Submitted,

                                                    */s/ Keith Altman*
                                                    Keith Altman, Esq. (P81702)
                                                    LAW OFFICE OF KEITH ALTMAN
                                                    33228 West 12 Mile Road, Suite 375
                                                    Farmington Hills, Michigan 48334
                                                    Telephone: (248) 987-8929
                                                    keithaltman@kaltmanlaw.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on January 12, 2023, I served the foregoing Motion for Extension of Time upon all parties herein by filing copies of same using the United States District Court for the Northern District of Illinois' CM/ECF filing system.

*s/ Keith Altman*
Keith Altman, Esq.

3