UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRANDEN GULLA,** | Case No.: 1:22-cv-04425 |
| | Hon. Andrea R. Wood |
| *Plaintiff,* | |
| v. | |
| **CHICAGO STATE UNIVERSITY, et. al.,** | |
| *Defendants.* | |

## MOTION FOR WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney of record for Plaintiff, Branden Gulla (hereinafter Mr. Gulla), respectfully requests that this Court enter an order granting leave for Attorney Keith Altman to withdraw as counsel for Mr. Gulla. This **MOTION ALLOWING THE WITHDRAWAL OF PLAINTIFF'S COUNSEL** is based upon the following information, and Attorney Keith Altman hereby states:

1. On August 22, 2022, Mr. Gulla commenced this action through undersigned counsel, Keith Altman.

2. On Wednesday, January 11, 2023, Mr. Altman learned that Mr. Gulla had retained new counsel and Mr. Altman's services were no longer needed.

3. On Thursday, January 12, 2023, in an effort to ensure that Mr. Gulla's case was not prejudiced, Mr. Altman filed a Motion requesting additional time for Mr. Gulla's new counsel (Lento Law Group) to respond to Defendants' Motion to Dismiss. That response is currently due Tuesday, January 17, 2023. We are still awaiting a ruling on that motion.

4. As such, Attorney Altman respectfully requests that this Court enter an order allowing for his withdrawal from this case, and allow his new counsel, the Lento Law Group, to appear on Mr. Gulla's behalf.

**WHEREFORE**, upon hearing hereof, the undersigned Attorney Altman prays that this Court enters an order allowing for his withdrawal from representing Mr. Gulla in this matter.

Dated: January 13, 2023          Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq. (P81702)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on January 13, 2023, I served the foregoing Motion for Withdrawal of Counsel upon all parties herein by filing copies of same using the United States District Court for the Northern District of Illinois' CM/ECF filing system.

*s/ Keith Altman*
Keith Altman, Esq.
