# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BRANDEN GULLA,** | Case No.: 1:22-cv-04425 |
| *Plaintiff,* | Hon. Andrea R. Wood |
| v. | |
| **CHICAGO STATE UNIVERSITY, et. al.,** | |
| *Defendants.* | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, BRANDEN GULLA.

Date: January 13, 2023

_____
JOSEPH CANNIZZO JR., ESQ.
LENTO LAW GROUP, P.C.
Chase Corporate Center
1 Chase Corporate Center, Suite 400
Birmingham, AL 35244
jcannizzo@lentolawgroup.com
Phone: 385-485-0600
Fax: 313-992-1122