

**Lento Law Group, P.C.**
Chase Corporate Center
1 Chase Corporate Center Road, Suite 400
Birmingham, AL 35244
Office: (385) 485-0600
Fax: (313) 992-1122
Direct: (856) 725-3699
Joseph Cannizzo Jr., Esquire
Member of the AL Bar
jcannizzo@lentolawgroup.com

January 13, 2023

Honorable Andrea R. Wood
United States District Court
Northern District of Illinois
Eastern Division
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

    **Re:**    *Gulla v. Chicago State University, et al.*
               Docket No: 1:22-cv-04425

Dear Hon. Judge Wood:

    Please be aware that my office, Lento Law Group, P.C., has recently been retained by the Plaintiff in the above-referenced matter, Branden Gulla, to represent him in connection with said matter. As such, I recently filed my Notice of Appearance into this matter on Mr. Gulla's behalf. I am aware of attorney Keith Altman's Motion to Withdraw as counsel for Mr. Gulla, and should you grant same, I will proceed with the filing of a Substitution of Attorney.

    Additionally, I am also aware of attorney Altman's Motion to Extend, filed yesterday, seeking addition time to file a response to the Defendants' presently pending Motion to Dismiss for Failure to State a Claim. I understand that with respect to said Motion, Mr. Altman's office emailed opposing counsel on Wednesday, January 11, 2023, asking if they would oppose his request for an additional thirty (30) days to respond thereto, however, it is my further understanding that Mr. Altman's office did not receive a response to that inquiry.

PAGE 2

Additionally, my office manager also called opposing counsel and spoke with a paralegal from opposing counsel's office who indicated that she was going to get back to my office with respect to the extension, however, we have not heard back from her.

As such, and as I have only just entered my appearance into this matter today, I wholly endorse attorney Altman's Motion to Extend, and would similarly request that Your Honor grant same, so as to permit me the necessary time to fully acquaint myself with this matter and respond appropriately to opposing counsel's Motion to Dismiss. Your consideration is most appreciated.

        Respectfully submitted,

        */s/ Joseph Cannizzo Jr.*

        JOSEPH CANNIZZO JR., ESQUIRE