UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Branden Gulla

                           Plaintiff,

v.                                                            Case No.: 1:22–cv–04425
                                                                 Honorable Andrea R. Wood

Chicago State University, et al.

                           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 17, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss [26] is granted. Plaintiff shall respond to the motion by 2/16/2023; Defendants shall reply by 2/23/2023. Motion for withdrawal of counsel [27] is granted. Attorney Keith Altman is terminated as counsel of record. Attorney Joseph Cannizzo, Jr. is granted leave to substitute as counsel of record for Plaintiff Branden Gulla. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.