UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**BRANDEN GULLA,**

    *Plaintiff,*

v.

**CHICAGO STATE UNIVERSITY, et. al.,**

    *Defendants.*

Case No.: **1:22-cv-04425**
Hon. Andrea R. Wood

## NOTICE OF LIEN

**TO ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that the undersigned law firm, The Law Office of Keith Altman, are formerly the attorneys of record herein for Plaintiff, BRANDEN GULLA, but have been relieved as said party's attorneys of record by withdrawal and substitution of attorney.

    **PLEASE TAKE FUTHER NOTICE** that by virtue of written fee agreement between said parties and pursuant to the Attorneys Lien Act, 770 ILCS 5/1 *et seq.*, the undersigned law firm, The Law Office of Keith Altman, has and claims a lien ahead of all others on the said party's claims and causes of action asserted herein, and on any judgment or settlement rendered in favor of Plaintiff, BRANDEN GULLA, to secure payment for legal services rendered and costs and expenses

advanced on their behalf, all in accordance with the terms of the attorney-client retainer agreement.

Dated: January 17, 2023                    Respectfully Submitted,

                                                                */s/ Keith Altman*
Keith Altman, Esq. (P81702)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I certify that on January 17, 2023, I served the foregoing Notice of Lien upon all parties herein by filing copies of same using the United States District Court for the Northern District of Illinois' CM/ECF filing system.

*s/ Keith Altman*
Keith Altman, Esq.
