# *EXHIBIT "A"*

# Joseph Cannizzo

| | |
|---|---|
| **From:** | Lori Crusselle <loricrusselle@kaltmanlaw.com> |
| **Sent:** | Wednesday, January 25, 2023 1:15 PM |
| **To:** | Joseph Cannizzo |
| **Cc:** | John Groff; Joseph Lento; Keith Altman |
| **Subject:** | FW: GULLA - re: Your Notice of Lien |
| **Attachments:** | 2023 - 01-24 - GULLA, BRANDEN - Cannizzo - Ltr to Keith re Lien & FA.pdf |

Dear Mr. Cannizzo,

Thank you for your email. We do not have a written fee agreement with Mr. Gulla. Our verbal agreement with Mr. Gulla and his father was the standard one-third attorney fee agreement for Michigan.

Thank you.



**Lori Crusselle**
Director of Litigation
**Direct Phone:** (470) 502-2567
**Firm Phone:** (248) 987-8929
http://www.kaltmanlaw.com

**From:** Joseph Cannizzo

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

<jcannizzo@lentolawgroup.com>
**Sent:** Tuesday, January 24, 2023 11:54 AM
**To:** Keith Altman <keithaltman@kaltmanlaw.com>
**Cc:** John Groff <jgroff@lentolawgroup.com>; Joseph Lento <jdlento@lentolawgroup.com>
**Subject:** GULLA - re: Your Notice of Lien

Hello Keith,

Please see the attached correspondence.

Sincerely,



**Joseph Cannizzo, Jr., Esquire**
Alabama Managing Attorney
Alabama Attorney ID (3584O57X)

1

**New Jersey Office**
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
P: (856) 652-2000
F: (856) 375-1010

**Alabama Office**
Lento Law Group P.C.
Chase Corporate Center
1 Chase Corporate Center – Suite 400
Birmingham, AL 35244
P: (385) 485-0600
F: (313) 992-1122
jcannizzo@lentolawgroup.com
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

Atlanta, GA • Birmingham, AL • Coral Springs, FL • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA • Miami, FL • Mount Laurel, NJ
New York, NY • Orlando, FL • Philadelphia, PA • Richmond, VA • San Juan, PR • Scottsdale, AZ • Washington, DC