# *EXHIBIT "B"*



33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929

February 6, 2023

Joseph Cannizzo, Jr., Esq.
Lento Law Group, P.C.
Chase Corporate Center
1 Chase Corporate Center, Suite 400
Birmingham, AL  35244

      Re:    Branden Gulla

Dear Mr. Cannizzo,

      I am writing on behalf of Mr. Altman.

      We have reviewed your letter dated January 27, 2023, concerning our lien and your request that we withdraw the same.

      While we do not have a contingency fee agreement signed by Mr. Gulla, we are enclosing herewith our detailed invoice showing all of the work performed on Mr. Gulla's behalf.  Additionally, we have numerous emails from Mr. Gulla to our staff directing us to prepare and file the Complaint, providing us his input into content of the Complaint, as well providing input into the Amended Complaint.

      The Courts have allowed for payment when there are stringent timekeeping. See, Fair Hous. Ctr. of Metro. Detroit v. Iron St. Props., LLC, No. 16-CV-12140, 2019 U.S. Dist. LEXIS 191625 (E.D. Mich. Nov. 5, 2019).

      If you have any further questions or concerns, please do not hesitate to contact me or Mr. Altman.

      Respectfully,

*Lori Crusselle*

Lori Crusselle
Director of Litigation/
Senior Litigation Paralegal

# Law Office of Keith Altman

**INVOICE**

33228 West 12 Mile Rd Ste 375  
Farmington Hills, MI 48331

Invoice # 2151  
Date: 02/06/2023  
Due On: 03/08/2023

**Branden Gulla**  
7224 Silver Leaf Court  
West Bloomfield, Michigan 48322

## Gulla

## v. Chicago State University, et al.

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/26/2022 | Law Clerk: Review case file; call with client re complaint | 2.00 | $175.00 | $350.00 |
| Service | 06/15/2022 | A103 Draft/revise L210 Pleadings: Research IL state law and begin drafting of complaint. | 7.50 | $250.00 | $1,875.00 |
| Service | 06/16/2022 | A103 Draft/revise L210 Pleadings: Continue drafting complaint. | 3.00 | $250.00 | $750.00 |
| Service | 06/17/2022 | Case Review: Drafted Demand Letter for Branden Gulla. Read case file documents. Researched primary mandatory authority on Lexis. | 1.43 | $250.00 | $357.50 |
| Service | 06/27/2022 | A103 Draft/revise L210 Pleadings: Continue drafting of complaint. | 9.25 | $250.00 | $2,312.50 |
| Expense | 06/29/2022 | E108 Postage: Sent Demand Ltr<br><br>Robin Hawkins - Chicago State U | 1.00 | $7.33 | $7.33 |
| Service | 07/03/2022 | A106 Communicate (with client) L210 Pleadings: Email to client regarding draft complaint. | 0.20 | $250.00 | $50.00 |
| Service | 07/05/2022 | Hearing: Attend hearing on Gulla PPO | 2.02 | $175.00 | $353.50 |
| Service | 08/15/2022 | A103 Draft/revise L210 Pleadings: Revise complaint with client input and finalize for filing. | 2.50 | $250.00 | $625.00 |
| Service | 08/18/2022 | A103 Draft/revise L210 Pleadings: [MB] Revising initial complaint | 0.68 | $175.00 | $119.00 |
| Service | 08/18/2022 | A106 Communicate (with client) L210 Pleadings: Subject: Gulla - Complaint for Review | 0.10 | $250.00 | $25.00 |
| Service | 08/18/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: Call with client regarding status of complaint and strategy. | 0.75 | $250.00 | $187.50 |
| Service | 08/19/2022 | A103 Draft/revise L210 Pleadings: Draft Civil Cover | 0.89 | $175.00 | $155.75 |

|         |            |                                                                                                                                                                                  |      |          |          |
|---------|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |            | Sheet, Summons and Appearance.                                                                                                                                                   |      |          |          |
| Service | 08/19/2022 | Filing: File Complaint.                                                                                                                                                          | 0.45 | $175.00  | $78.75   |
| Service | 08/19/2022 | A104 Review/analyze L210 Pleadings: Receive and review case assignment.                                                                                                          | 0.12 | $175.00  | $21.00   |
| Service | 08/19/2022 | A106 Communicate (with client) L210 Pleadings: Communications with client regarding status of filing.                                                                            | 0.10 | $250.00  | $25.00   |
| Service | 08/22/2022 | A104 Review/analyze L210 Pleadings: Review Minute Entry from Judge and calendar dealines.                                                                                        | 0.18 | $175.00  | $31.50   |
| Service | 08/22/2022 | A103 Draft/revise L210 Pleadings: Draft Rule 4 Notice and Waivers.                                                                                                               | 1.15 | $175.00  | $201.25  |
| Expense | 08/22/2022 | E112 Court fees: File of Complaint in IL Northern District Court                                                                                                                 | 1.00 | $402.00  | $402.00  |
| Service | 08/23/2022 | A103 Draft/revise L210 Pleadings: Draft Rule 4 Notices and Waivers.                                                                                                              | 1.48 | $175.00  | $259.00  |
| Expense | 08/23/2022 | E108 Postage: Return mail envelopes on Complaint and Summons to defendants                                                                                                       | 1.00 | $4.56    | $4.56    |
| Expense | 08/23/2022 | E108 Postage: Cert Mail - of 8 defendants                                                                                                                                        | 1.00 | $62.56   | $62.56   |
| Service | 09/20/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Call with Mary Deweese regarding Defendants' requested extension to Answer and potential for early settlement discussions. | 0.25 | $250.00  | $62.50   |
| Service | 09/22/2022 | A104 Review/analyze L210 Pleadings: Receive and review attorney appearances.                                                                                                     | 0.10 | $185.00  | $18.50   |
| Service | 09/26/2022 | A104 Review/analyze L210 Pleadings: Receive and review Court Minute Entry.                                                                                                       | 0.04 | $185.00  | $7.40    |
| Service | 09/29/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Call with Mary Deweese regarding Defendants request for an extension to respond to the Complaint and discussion of the merits of the case. | 0.40 | $250.00  | $100.00  |
| Service | 09/29/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Call with Mary Deweese regarding Defendants request for an extension to respond to the Complaint and discussion of the merits of the case. | 0.40 | $600.00  | $240.00  |
| Service | 09/30/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: Subject: Re: Gulla v. Chicago State - Case Update                                                            | 0.10 | $250.00  | $25.00   |
| Service | 10/11/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: Subject: Re: Gulla v. Chicago State University                                                               | 0.10 | $250.00  | $25.00   |
| Service | 10/14/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Subject: FW: Gulla v Chicago State                                                                                      | 0.20 | $250.00  | $50.00   |

|  |  | University, 1:22-cv-4425 (N.D. Ill.) |  |  |  |
|---|---|---|---|---|---|
| Service | 10/17/2022 | A103 Draft/revise L210 Pleadings: Finalize Motion to Adjourn Initial Conference. | 0.31 | $185.00 | $57.35 |
| Service | 10/17/2022 | Filing: File Motion to Adjourn Initial Conference. | 0.06 | $185.00 | $11.10 |
| Service | 10/17/2022 | A103 Draft/revise L210 Pleadings: Draft motion to adjourn status conference. | 2.50 | $250.00 | $625.00 |
| Service | 10/19/2022 | A108 Communicate (other external) L210 Pleadings: Communication with Court re: status of Motion to Adjourn Initial Status Conference. | 0.13 | $185.00 | $24.05 |
| Service | 10/19/2022 | A107 Communicate (other outside counsel) L230 Court Mandated Conferences: Subject: Re: Gulla v. Chicago State University, 1:22-cv-4425 | 0.10 | $250.00 | $25.00 |
| Service | 10/20/2022 | A104 Review/analyze L210 Pleadings: Receive and review Court Order granting Motion to Adjourn. | 0.21 | $185.00 | $38.85 |
| Service | 10/27/2022 | Filing: Subject: Re: School Status | 0.10 | $250.00 | $25.00 |
| Service | 10/28/2022 | Filing | 0.10 | $250.00 | $25.00 |
| Service | 10/28/2022 | Filing: Subject: Re: School Status | 0.10 | $250.00 | $25.00 |
| Service | 10/31/2022 | A104 Review/analyze L210 Pleadings: Receive and review Attorney Appearances for Defendants and Motion to Dismiss; research local rules re: response timeline/briefing schedule; correspondence to court re: judge's rules on briefing schedules for motions to dismiss. | 1.08 | $185.00 | $199.80 |
| Service | 11/01/2022 | Filing: Subject: RE: Case: 1:22-cv-04425; Gulla v. Chicago State University, et al. | 0.10 | $250.00 | $25.00 |
| Service | 11/01/2022 | A102 Research L120 Analysis/Strategy: Research local rules regarding requirements of association of trial bar counsel. | 0.50 | $185.00 | $92.50 |
| Service | 11/01/2022 | A108 Communicate (other external) L120 Analysis/Strategy: Correspondence to G. McCallister re: local trial bar counsel representation. | 0.15 | $185.00 | $27.75 |
| Service | 11/01/2022 | A104 Review/analyze L210 Pleadings: Review Defendants Motion to Dismiss and discuss strategy. | 0.80 | $250.00 | $200.00 |
| Service | 11/01/2022 | A105 Communicate (in firm) L120 Analysis/Strategy: Strategy discussion regarding Motion to Dismiss. | 0.20 | $600.00 | $120.00 |
| Service | 11/02/2022 | A103 Draft/revise L210 Pleadings: Draft joint status report. | 2.25 | $250.00 | $562.50 |
| Service | 11/07/2022 | A104 Review/analyze L210 Pleadings: Receive and review Motion ruling. | 0.07 | $185.00 | $12.95 |
| Service | 11/07/2022 | A107 Communicate (other outside counsel) L210 | 0.50 | $250.00 | $125.00 |

|  |  | Pleadings: Call with Mary Deweese regarding the Joint Status Report. |  |  |  |
|---|---|---|---|---|---|
| Service | 11/07/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Call with Mary Deweese regarding the Joint Status Report. | 0.50 | $600.00 | $300.00 |
| Service | 11/08/2022 | A107 Communicate (other outside counsel) L210 Pleadings: Subject: RE: Gulla v. Chicago State University, et al. | 0.10 | $250.00 | $25.00 |
| Service | 11/09/2022 | A104 Review/analyze L210 Pleadings: Receive and review Court's Order. | 0.13 | $185.00 | $24.05 |
| Service | 11/10/2022 | A106 Communicate (with client) L120 Analysis/Strategy: Subject: Re: Gulla - Drafting Response to Motion to Dismiss | 0.30 | $250.00 | $75.00 |
| Service | 11/28/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: Subject: Re: Student Handbook | 0.20 | $250.00 | $50.00 |
| Service | 11/28/2022 | A106 Communicate (with client) L110 Fact Investigation/Development: Subject: Fwd: | 0.10 | $250.00 | $25.00 |
| Service | 11/28/2022 | A103 Draft/revise L210 Pleadings: Review updated client documents, motion to dismiss and begin drafting amended complaint. | 4.50 | $250.00 | $1,125.00 |
| Service | 11/29/2022 | A106 Communicate (with client) L210 Pleadings: Communications with client regarding status of filing. | 0.20 | $250.00 | $50.00 |
| Service | 12/01/2022 | A103 Draft/revise L210 Pleadings: Continue drafting amended complaint | 2.25 | $250.00 | $562.50 |
| Service | 12/02/2022 | A111 Other L140 Document/File Management: Finalize and file Amended Complaint. | 0.42 | $185.00 | $77.70 |
| Service | 12/05/2022 | A104 Review/analyze L210 Pleadings: Receive and review Order from Court re: Amended Complaint. | 0.11 | $185.00 | $20.35 |
| Service | 12/06/2022 | A103 Draft/revise L210 Pleadings: Draft Rule 41 Dismissal Notice. | 0.14 | $185.00 | $25.90 |
| Service | 12/07/2022 | A107 Communicate (other outside counsel) L120 Analysis/Strategy: Call with Mary Deweese regarding allowance of an amended complaint vs. a dismissal with refiling and seeking defendants' concurrence in amended complaint. | 0.40 | $250.00 | $100.00 |
| Service | 12/07/2022 | A107 Communicate (other outside counsel) L120 Analysis/Strategy: Call with Mary Deweese regarding allowance of an amended complaint vs. a dismissal with refiling and seeking defendants' concurrence in amended complaint. | 0.40 | $600.00 | $240.00 |
| Service | 12/07/2022 | A103 Draft/revise L210 Pleadings: Draft voluntary dismissal. | 0.80 | $250.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/08/2022 | Filing: Subject: RE: Gulla v. Chicago State University, et al. | 0.10 | $250.00 | $25.00 |
| Service | 12/12/2022 | A104 Review/analyze L210 Pleadings: Receive and review Defendants' filed statement re Plaintiff's Amended Complaint. | 0.16 | $185.00 | $29.60 |
| Service | 12/13/2022 | A104 Review/analyze L210 Pleadings: Receive and review Court Order re Amended Complaint. | 0.35 | $185.00 | $64.75 |
| Service | 01/04/2023 | A104 Review/analyze L210 Pleadings: Receive and review Motion to Dismiss. | 0.27 | $185.00 | $49.95 |
| Service | 01/05/2023 | A104 Review/analyze L210 Pleadings: Review Second Motion to Dismiss and strategy discussion regarding qualified immunity. | 0.80 | $250.00 | $200.00 |
| Service | 01/05/2023 | A105 Communicate (in firm) L120 Analysis/Strategy: Strategy discussion regarding qualified immunity. | 0.30 | $600.00 | $180.00 |
| Service | 01/11/2023 | Filing: Subject: Re: Braden Gulla | 0.10 | $250.00 | $25.00 |
| Service | 01/11/2023 | A107 Communicate (other outside counsel) L210 Pleadings: Call with Mary Deweese regarding Defendants' requested extension to Answer and potential for early settlement discussions. | 0.25 | $600.00 | $150.00 |
| Service | 01/11/2023 | A103 Draft/revise L210 Pleadings: Draft Substitution of Attorney. | 0.69 | $185.00 | $127.65 |
| Service | 01/12/2023 | A111 Other L140 Document/File Management: Finalize and file Motion for EOT. | 0.23 | $185.00 | $42.55 |
| Service | 01/13/2023 | A103 Draft/revise L210 Pleadings: Revise draft of Withdrawal. | 0.12 | $185.00 | $22.20 |
| Service | 01/13/2023 | A111 Other L140 Document/File Management: File Withdrawal. | 0.06 | $185.00 | $11.10 |
| Service | 01/17/2023 | Filing: Subject: Activity in Case 1:22-cv-04425 Gulla v. Chicago State University et al order on motion for extension of time to file response/reply | 0.10 | $250.00 | $25.00 |
| Service | 01/17/2023 | Filing: Subject: New filing in Gulla v. Chicago State University et al: MINUTE entry before the Honorable (ilnd-1:2022-cv-04425) | 0.10 | $250.00 | $25.00 |
| Service | 01/25/2023 | Filing: Subject: FW: GULLA - re: Your Notice of Lien | 0.10 | $250.00 | $25.00 |

**Total**     **$14,907.25**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2151 | 03/08/2023 | $14,907.25 | $0.00 | $14,907.25 |
| | | | **Outstanding Balance** | **$14,907.25** |
| | | | **Total Amount Outstanding** | **$14,907.25** |

Please make all amounts payable to: Law Office of Keith Altman

Please pay within 30 days.