**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRANDEN GULLA, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>CHICAGO STATE UNIVERSITY, et. al.<br><br>*Defendants*. | Civil Action No.: 1:22-cv-04425<br><br>**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND NOTICE OF CROSS-MOTION TO AMEND PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 15(a)** |

**COMES NOW THE** Plaintiff, Branden Gulla, in the above-captioned action, who hereby opposes Defendants' Motion to Dismiss and cross-moves before the Honorable Judge Andrea R. Wood, U.S.D.J. for an Order granting Plaintiff leave of Court to file Plaintiff's Second Amended Complaint in this matter.

In support hereof, Plaintiff with rely upon the accompanying Brief/Memorandum of Law, as well as the attached Certification of Branden Gulla.

                          Respectfully submitted,

                          LENTO LAW GROUP, P.C.

DATED: February 16, 2023

                          Joseph Cannizzo Jr., Esquire
                          AL State Bar No. 3584O57X
                          LENTO LAW GROUP, P.C.
                          Chase Corporate Center
                          1 Chase Corporate Center, Suite 400
                          Birmingham, AL, 35244
                          T: (385) 485-0600 | F: (313) 992-1122
                          jcannizzo@lentolawgroup.com
                          *Attorney for Plaintiff*