UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**BRANDEN GULLA,**

    *Plaintiff,*

v.

**CHICAGO STATE UNIVERSITY, et. al.,**

    *Defendants.*

Case No.: 1:22-cv-04425
Hon. Andrea R. Wood

## CERTIFICATION OF PLAINTIFF, BRANDEN GULLA

I, Branden Gulla, do hereby certify as follows:

1. I, BRANDEN GULLA, am the Plaintiff in the above-captioned matter.

2. As such, I am fully familiar with the facts of this matter.

3. I provide this Certification in support of Plaintiff's Opposition to the Defendants' Motion to Dismiss and Plaintiff's Cross-Motion to Amend Plaintiff's Complaint.

4. Despite having asked my prior counsel, Keith Altman, to permit me to review the presently operative Amended Complaint in this matter prior to his filing of same, he did not share the Amended Complaint with me and proceeded to file it before I could review it or give any input thereon.

5. As a result, the presently operative Amended Complaint is rife with factually inaccurate allegations.

6. For example, *see* paragraph 32 of the Amended Complaint, which states, "Plaintiff viewed this statement as a direct comment to him," referring to Professor Jenkin's vulgar expletive to my DMTM2 class.

7. This is not accurate. I did not feel like Jenkins' statement was directed at me specifically, and where Mr. Altman got that idea from, I am uncertain.

8. More egregiously, Mr. Altman appeared to get the chronology of the events of my matter wrong.

9. *See* paragraphs 68 and 69 of the Amended Complaint. These two paragraphs discuss my first pharmacy rotation with the University of Chicago Hospital. Mr. Altman erroneously alleges that two days before I was set to complete this rotation I received notice of my dismissal from CSU.

10. Rather, two days before I was set to complete my rotation, I received notice on or about May 18, 2020, of my being placed on Academic Probation.

11. Importantly, I was not dismissed from CSU until May 14, 2021.

12. Additionally, I do not believe it is appropriate that Mr. Altman named two non-party students, by name, in the Amended Complaint at paragraph 74, and discussed intimate educational details.

13. To my knowledge Mr. Altman did not get the permission of these students to be named.

14. Less critical, but still embarrassing, the Amended Complaint is rife with grammatical errors – for example, in paragraph 56, where Mr. Altman confuses the words "insinuating" and "incinerating".

15. Finally, having been made aware of the presently pending Motion to Dismiss filed by the Defendants and learning of the failures of my prior counsel in adequately drafting the original and then Amended Complaint on my behalf, it troubles me greatly to learn that much of the presently operative Amended Complaint may not have been properly plead.

16. Overall, as the Plaintiff in this action who stands to lose a great deal, I am distraught by the Amended Complaint filed on my behalf, and I urge the Court to permit my new counsel leave to file the proposed Second Amended Complaint on my behalf.

17. I have been unhappy with Mr. Altman's services, hence the reason I changed counsel, and I do not wish to predicate the survival of my matter on his legal competency or lack thereof as this Court may so find.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: 02 / 15 / 2023

Respectfully submitted,

_____
BRANDEN GULLA
Plaintiff

Doc ID: 76603801947a0c388b800576f8fe1f996e94a0b0

 Audit trail

| | |
|---|---|
| Title | 2023 - 02-15 - GULLA, BRANDEN - Certification of Branden... |
| File name | 2023%20-%2002-15%...anden%20Gulla.pdf |
| Document ID | 76603801947a0c388b800576f8fe1f996e94a0b0 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — **02 / 16 / 2023** 02:19:44 UTC
Sent for signature to Branden Gulla (gulla.branden@gmail.com) from jcannizzo@lentolawgroup.com
IP: 73.197.235.81

**VIEWED** — **02 / 16 / 2023** 02:24:26 UTC
Viewed by Branden Gulla (gulla.branden@gmail.com)
IP: 75.39.33.134

**SIGNED** — **02 / 16 / 2023** 02:26:59 UTC
Signed by Branden Gulla (gulla.branden@gmail.com)
IP: 75.39.33.134

**COMPLETED** — **02 / 16 / 2023** 02:26:59 UTC
The document has been completed.

Powered by Dropbox Sign