**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRANDEN GULLA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-4425 |
| | ) | |
| v. | ) | Honorable Andrea R. Wood |
| | ) | |
| CHICAGO STATE UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION FOR AN EXTENSION OF TIME</u>**

Defendants Chicago State University (the "University"), Zaldwaynaka Scott, Matthew Fete, Antoine Jenkins, Vicky Shah, Lalita Prasad-Reddy, Allison Rose, and Mohammad Newaz, collectively ("Defendants") by and through their undersigned counsel, respectfully request that this Court grant a five-day extension until Monday February 27, 2023 for Defendants to file their Reply in support of their Motion to Dismiss and Response to Plaintiff's motion for leave to file a Second Amended Complaint. In support of this Motion, the University states as follows:

1.      Defendants moved to dismiss Plaintiff's First Amended Complaint on January 3, 2023. Doc. 24. Plaintiff sought and was granted a 30-day extension of time to file a response, through February 16, 2023. Doc. 30. In that same order, the Court set a seven-day briefing schedule for Defendants' reply brief, setting the deadline to file a reply on February 23, 2023. *Id.*

2.      On February 16, 2023, Plaintiff filed his combined "Opposition to Defendant's Motion to Dismiss and Notice of Cross-Motion to Amend Plaintiff's Complaint Pursuant to F.R.C.P. 15(a)." Doc. 33. Therein, he responded to Defendants' motion to dismiss the First Amended Complaint *and* sought leave to file a Second Amended Complaint. *Id.* The proposed Second Amended Complaint, which Plaintiff has filed as an exhibit, is 40 pages long and contains

ten exhibits. Doc. 34-1. Plaintiff also filed a "Certification" in support of his request for leave to amend. Doc. 34-2.

3.    Defendants are currently briefing a response to Plaintiff's combined "Opposition to Defendant's Motion to Dismiss and Notice of Cross-Motion to Amend Plaintiff's Complaint Pursuant to F.R.C.P. 15(a)." Despite the expansiveness of Plaintiff's filing, which requires Defendants to not only brief legal issues relating to dismissal *but also* legal issues relating to amendment, at the time the filing was received last week, Defendants anticipated being able to timely file their response. However, scheduling issues have arisen this week for all of Defendants' counsel related to other matters, and Defendants require a very limited extension of time to finalize their response.

4.    Accordingly, Defendants respectfully request an extension until Monday February 27, 2023, so that they may have eleven total days to respond rather than the previously scheduled seven days.

5.    This is Defendants' first request for an extension of time related to briefing the pending Motion to Dismiss, and Defendants previously sought and received an extension of time on a prior Motion to Dismiss.  Doc. 9.

6.    On February 22, 2023, upon determination that an extension of time was needed, Defendants' counsel attempted to contact Plaintiff's counsel via email, left him a voicemail with his receptionist, and left a voicemail at his direct office number, but Defendants' counsel has not yet heard back from Plaintiff's counsel. Defendants' counsel recognizes that not even a full business day has passed, but wanted to file this motion prior to the deadline.

7.    This request is made for good cause and will not unduly prejudice any party.

WHEREFORE, Defendants respectfully request that this Court grant all Defendants a 5-day extension of time to and through February 27, 2023, to file their response to Plaintiff's Opposition to Defendant's Motion to Dismiss and Notice of Cross-Motion to Amend Plaintiff's Complaint.

Respectfully submitted,

/s/ *Lisa J. Parker*

LISA J. PARKER
JOHN W. BORKOWSKI
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 526-1634 (TEL) | (312) 655-1501 (FAX)
lisa.parker@huschblackwell.com
john.borkowski@huschblackwell.com
mary.deweese@huschblackwell.com

***Attorney for Chicago State University***

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system to the following on this 22nd day of February, 2023:

> Joseph Cannizzo Jr., Esq.
> Lento Law Group, P.C.
> Chase Corporate Center
> 1 Chase Corporate Center, Suite 400
> Birmingham, AL 35244
> Telephone: (385) 485-0600
> Fax: (313) 992-1122
> jcannizzo@lentolawgroup.com
> *Attorney for Plaintiff*

/s/ Lisa J. Parker
***Attorney for Chicago State University***

HB: 4893-2254-2162.1