# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Branden Gulla

                              Plaintiff,

v.                                              Case No.: 1:22−cv−04425
                                                Honorable Andrea R. Wood

Chicago State University, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

        MINUTE entry before the Honorable Andrea R. Wood: Defendants' motion for an extension of time [35] is granted. Defendants shall file their reply in support of their motion to dismiss by 2/27/2023. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.