UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Branden Gulla

                                        Plaintiff,

v.                                                                           Case No.: 1:22−cv−04425
                                                                               Honorable Andrea R. Wood

Chicago State University, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/4/2023. As discussed on the record, the Court takes the pending motion to dismiss [24] under advisement for ruling based on the record. Plaintiff's motion to strike the charging lien of the Law Office of Keith Altman [32] is entered and continued. Plaintiff's counsel shall provide a copy of the motion to strike [32] and a copy of this order to Attorney Keith Altman. Attorney Keith Altman may file a response to Plaintiff's motion to strike by 5/4/2023. Attorney Keith Altman shall appear at the telephonic motion hearing on 6/8/2023 if he desires to be heard on the motion. Telephonic status and motion hearing is set for 6/8/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.